Nancy G. Ross (*pro hac vice*)
Abigail M. Bartine (SBN 326993)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

Brian D. Netter (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202) 263-3300

Alexander Vitruk (SBN 315756)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel: (213) 229-9500
Fax: (213) 576-8122

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Scott, Patricia Gilchrist, Karen Fisher, Gerald Klein, Helen Maldonado-Valtierra, and Dan Koval, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T Inc., AT&T Services, Inc., and the AT&T Pension Benefit Plan,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-07094-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>Judge:　　Hon. James Donato<br>Action Filed: Oct. 12, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Brian D. Netter has withdrawn as counsel on behalf of defendants AT&T Inc., AT&T Services, Inc., and the AT&T Pension Benefit Plan in the above-captioned matters. Defendants will continue to be represented by the other counsel listed below.

Date: April 20, 2021

MAYER BROWN LLP

Respectfully Submitted,

*/s/ Brian D. Netter*
Nancy G. Ross
Brian D. Netter
Abigail M. Bartine
Alexander Vitruk

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I, Brian D. Netter, an attorney, hereby certify that on April 20, 2021, a copy of the foregoing Notice of Withdrawal was served by CM/ECF on Plaintiffs' counsel of record in this matter.

By:   */s/ Brian D. Netter*
      Brian D. Netter