UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Timothy Scott, Patricia Gilchrist, Karen Fisher, Helen Maldonado-Valtierra, John Griffin, Kenneth Rhodes, Judy Dougherty, John Kelly, Richard Walshon, and Dan Koval, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>AT&T Inc., AT&T Services, Inc. and the AT&T Pension Benefit Plan,<br><br>        Defendants. | Case No. 3:20-cv-07094-JD |

~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the filed Motion to Withdraw as Attorney for Plaintiffs by Mary J. Bortscheller, it is hereby:

**ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**. Attorney Mary J. Bortscheller of Cohen Milstein Sellers & Toll PLLC is hereby withdrawn as counsel of record in this matter.

**DATED** this 17th day of March, 2023.

_____
The Honorable James Donato
United States District Court Judge